```
┌─────────────────────────────┐
│         FILED               │
│                             │
│       OCT 3 0 2007          │
│                             │
│   CLERK, U.S. DISTRICT COURT│
│ SOUTHERN DISTRICT OF CALIFORNIA │
│ BY    RFM           DEPUTY  │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**07 CR 2852    JAH**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N F O R M A T I O N |
| v. | |
| JAMES FOLSOM (1) GABINO PALAFOX (2), | Title 18, U.S.C., Sec. 371 -Conspiracy to Introduce Unapproved Medical Devices Into Interstate Commerce; |
| Defendants. | Title 21, U.S.C., Secs. 331(a) 333(a)(1) and 351(f) – Introduction into Interstate Commerce of Unapproved Medical Devices |

The United States Attorney charges:

Count 1

Beginning on or about March 3, 1999 and continuing through on or about April 10, 2003, within the Southern District of California, defendants JAMES FOLSOM and GABINO PALAFOX conspired together and with others to commit an offense against the United States, to wit: to introduce into interstate commerce a device that is adulterated in that it lacks approval for marketing from

the Food and Drug Administration, in violation of Title 21, United States Code, Sections 331(a), 351(f) and 333(a)(1);

In furtherance of said conspiracy and to effect the object thereof, the following overt acts were committed within the Southern District of California:

1. On or about February 7, 2003, in San Diego, California, defendant GABINO PALAFOX mailed a biofrequency device to an individual in South Dakota.

2. On or about February 1, 2001, in San Diego, California, defendant JIM FOLSOM wrote invoice #2801 for the sale of eight biofrequency devices

3. Between on or about March 3, 1999 and on or about April 10, 2003, in San Diego, defendants FOLSOM and PALAFOX caused biofrequency devices marketed under the name Biosolutions, Naturetronics and AstroPulse to be sold to individuals throughout the United States.

A misdemeanor, all in violation of Title 18, United States Code, Section 371.

### Count 2

Between on or about October 15, 2002 and continuing through on or about March 16, 2005, within the Southern District of California, defendants JAMES FOLSOM and GABINO PALAFOX introduced into interstate commerce a device, to wit, the Energy Wellness machine, that is adulterated in that it lacks approval for marketing from the Food and Drug Administration, a misdemeanor,

1    in violation of Title 21, United States Code, Sections 331(a),

2    351(f) and 333(a)(1).

3    DATED:    October 15ᵗʰ, 2007.

4

5                                    KAREN P. HEWITT
                                     United States Attorney
6

7                                    MELANIE K. PIERSON
                                     Assistant U.S. Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   3