| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | MELANIE K. PIERSON |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 112520 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5685/(619) 557-7055 (Fax) |
| | Email: melanie.pierson@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr2852-JAH |
| | ) | |
| 11 | Plaintiff, ) | |
| | ) | NOTICE OF APPEARANCE |
| 12 | v. ) | |
| | ) | |
| 13 | JAMES FOLSOM (1), ) | |
| | GABINO PALAFOX (2), ) | |
| 14 | ) | |
| | Defendants. ) | |
| 15 | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Melanie K. Pierson | 112520 | (619) 557-5685 | Melanie.Pierson@usdoj.gov |

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3     <u>Name</u>                <u>Cal. Bar No.</u>   <u>Telephone No.</u>      <u>Email Address</u>

4 NONE

5     Please call me if you have any questions about this notice.

6     DATED:  November 16, 2007.

                                                  Respectfully submitted,

                                                  KAREN P. HEWITT
                                                  United States Attorney

                                                 s/ Melanie K. Pierson

                                                 MELANIE K. PIERSON
                                               Assistant United States Attorney
                                               Attorneys for Plaintiff
                                               United States of America
                                               Melanie.Pierson@usdoj.gov

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,              )   Case No. 07cr2852-JAH
                                       )
            Plaintiff,                 )
                                       )
      v.                               )
                                       )   CERTIFICATE OF SERVICE
JAMES FOLSOM (1),                      )
GABINO PALAFOX (2),                    )
                                       )
            Defendants.                )
_____)

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**Carlos Negrete, Esq.**, 27422 Calle Arroyo. San Juan Capistrano, CA 92675; and **Tom Warwick, Esq.**, Grimes & Warwick, 2664 Fourth Avenue, San Diego, CA 92103.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2007.

                              s/Melanie K. Pierson

                              MELANIE K. PIERSON
                              Assistant United States Attorney
                              Attorneys for Plaintiff
                              United States of America
                              Email: melanie.pierson@usdoj.gov

Notice of Appearance
United States v. James Folsom, et al.          3                           07cr2852-JAH