1  Carlos F. Negrete, Esq. SBN # 134658
**LAW OFFICES OF CARLOS F. NEGRETE**
2  27422 Calle Arroyo
San Juan Capistrano, CA 92675-2747
3  Telephone (949) 493-8115
Telefax     (949) 493-8170
4  email:  cnegrete1@hotmail.com

5

Attorney for Defendant,
6  JAMES FOLSOM

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiffs,<br><br>vs.<br><br>JAMES FOLSOM<br><br>              Defendant. | Criminal Case No.: 07-CR-2852-JAH<br><br>CERTIFICATE OF SERVICE |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**(PROOF OF SERVICE - 1013a, (3) 2015.5 C.C.P.)**

STATE OF CALIFORNIA   ]

                          ss.

COUNTY OF ORANGE   ]

       I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action and my business address is 27422 Calle Arroyo, San Juan Capistrano,  California  92675.

       On April 10, 2008, I served the foregoing document(s) described as:

<b>SEE ATTACHED DOCUMENT LIST</b>

on the interested parties in this action by submitting a true and correct copy of the above described documents as follows

[ ]      (BY MAIL) I deposited the document by regular mail.  I am readily familiar with this office's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited, trough the office's office complex postal delivery box, with the U.S. Postal Service on the same day in a sealed envelope with postage thereon fully prepaid at San Juan Capistrano, California, in the ordinary course of business to the parties listed below.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit from mailing in this declaration.

[ ]      (BY U.S. POSTAL SERVICE EXPRESS MAIL) I deposited in a post office, mailbox, sub-post office, substation, mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail a copy of the above-described documents, in a sealed envelope, with Express Mail postage fully prepaid and addressed to the parties listed below.

[ ]      (BY OVERNIGHT COURIER) I deposited in a box or other facility maintained by _____ delivery service, an express service carrier, or delivered to a courier to receive documents, with delivery fees paid and addressed for delivery to the parties listed below.

[ x ]    (BY ECF ELECTRONIC FILING) I have caused service of the document by electronically filing the foregoing with the Clerk of the District Court using its ECF System which electronically notifies counsel of record.

[ ]      (BY FACSIMILE) I caused all of the pages of the above-entitled document to be sent to the parties listed below, pursuant to California Rules of Court, Rule 2008 and California Code of Civil Procedure, Section 1013.  The facsimile machine that I used complied with Rule 2003 and no error was reported by the machine.  I caused the machine to print a transmission confirmation record of the transmission, a copy of which is attached hereto and made a part hereof as though set forth in full herein.  The date, time, telephone number of the party served and final status of the transmission are set forth in the confirmation record.

[ ]      (PERSONAL SERVICE) I caused a copy of the above listed document to be personally delivered to the party set forth below at the address set forth below.

     **SEE ATTACHED SERVICE LIST**

       Executed on April 10, 2008, at San Juan Capistrano, California. I declare under penalty of perjury under the laws of the State of California and the Untied States of America that the above is true and correct.

                              _____*s/Carlos F. Negrete*_____
                                 Carlos F. Negrete

<u>DOCUMENT LIST</u>

1.       **RESPONSE TO MOTION FOR HADWRITING EXEMPLARS**
**2.**

<u>SERVICE LIST</u>

**United States of America vs. James Folsom**
Case Number:   07-CR-2852-JAH

| | |
|---|---|
| Melanie K. Pierson, AUSA<br>U.S. Attorneys Office Southern District of California<br>880 Front Street<br>Room 6293<br>San Diego, CA 92101<br>Phone:    (619) 557-5610<br>Fax:       (619) 557-7055<br>email:      Melanie.Pierson@usdoj.gov | Attorney for:<br>*United States of America* |
| | |
| | |