**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
08 APR 18 PM 4:07

FILED
08 APR 17 AM 8:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: BCU  DEPUTY         BCU  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>JAMES FOLSOM,<br><br>　　　　　　　　Defendant. | CASE NO. 07CR2852-JAH<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice.

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

___　of the offense(s) of:

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: April 11, 2008

_____
John A. Houston
UNITED STATES DISTRICT JUDGE

I have executed within  Judgment of dismissal
Judgement and Commitment on  4/17/08

United States Marshal
By: _W. Curran_
USMS Criminal Section

ENTERED ON _____